

RE: USA v. Criswell
Wynne, Michael (USATXS)
to:
Shelia_Ashabranner@txs.uscourts.gov
04/27/2012 10:41 AM
Hide Details
From: "Wynne, Michael (USATXS)" <Michael.Wynne@usdoj.gov>

To: "Shelia_Ashabranner@txs.uscourts.gov" <Shelia_Ashabranner@txs.uscourts.gov>

The government is not opposed to the requested modification of the restitution order in this case only.

**From:** Shelia_Ashabranner@txs.uscourts.gov [mailto:Shelia_Ashabranner@txs.uscourts.gov]
**Sent:** Wednesday, April 25, 2012 9:31 AM
**To:** Wynne, Michael (USATXS)
**Subject:** USA v. Criswell

Judge Atlas would like a response to the motion filed as soon as you can get one to her. Thank you.


SHELIA ASHABRANNER
CASE MANAGER FOR JUDGE NANCY F. ATLAS
Shelia_Ashabranner@txs.uscourts.gov
713-250-5407
Fax- 713-250-5994