UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WAYLAND CRISWELL | No. H-01-CR-145:5 |

ORDER ON DEFENDANT'S
MOTION TO MODIFY RESTITUTION ORDER

On Wayland Criswell's motion, Mr. Criswell is only liable for the portion of
the restitution that he has already paid.

May 11, 2012
Date

_____
Nancy F. Atlas
United States District Judge